UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No. CV-26-08945-MWF (DMKx)** **Date: September 21, 2026**

Title: Hunter Kerhart v. Argo Engineering, Inc. et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
| --- | --- |
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| --- | --- |
| None Present | None Present |

**Proceedings (In Chambers):** ORDER STRIKING PLAINTIFF'S PROOF OF SERVICE [10]

On September 18, 2026, Plaintiff filed a Proof of Service of the Summons, Complaint, and case initiating documents on Defendant Argo Engineering, Inc. (Docket No. 10). It appears that the Proof of Service fails to satisfy the requirements of Federal Rule of Civil Procedure 4. Accordingly, the Proof of Service is **STRICKEN**.

IT IS SO ORDERED.